

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00648-CV

**IN THE INTEREST OF M.A.,** a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00285
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

We order that no costs be assessed against appellant K.H. because she is indigent.

SIGNED February 26, 2020.

_____
Beth Watkins, Justice